1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JAY FLEMING,                              No.  2:13-cv-01720-KJM-EFB

12                    Plaintiff,

13        v.                                   ORDER

14   PURCELL PAINTING AND COATINGS
     SOUTHWEST, INC., et al.,
15
                     Defendants.
16

17

18            On October 10, 2014, the court held a hearing on the defendant's motion for

19   summary judgment.  Robin Perkins appeared on behalf of Jay Fleming.  Paul Dayton appeared

20   pro hac vice on behalf of the defendant, Purcell Painting and Coatings Southwest, Inc.

21            During the hearing, the court requested the parties' interpretation of *Trent v. Valley*

22   *Electric Association, Inc.*, 41 F.3d 524 (9th Cir. 1994), as applicable to the facts of this case.  In

23   *Trent*, the Ninth Circuit held that a Title VII plaintiff facing a motion for summary judgment

24   "need only show that she had a reasonable belief that it was unlawful under Title VII for her to be

25   subjected to a series of sexually offensive remarks at a seminar her employer required her to

26   attend," even though the employer did not make the remarks.  *Id.* at 527.

27            The parties were not familiar with the holding in *Trent*.  The defendant requested

28   permission to submit additional briefing to address *Trent* as it applies in this case.  The plaintiff

                                         1

1    and the defendant are therefore each granted leave to file a simultaneous supplemental brief of ten

2    pages within fourteen days from the issuance of this order.  The supplemental briefing may

3    address the applicability of *Trent* and related authority to the pending motion for summary

4    judgment.

5              IT IS SO ORDERED.

6    DATED:  October 14, 2014.

7

8    _____
                    UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                    2